UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LENORA BROMFIELD,                                              |                                          |
|                    Plaintiff,                                  |                                          |
|         against                                                | CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC) |
| BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,               | **ORDER**                                |
|                    Defendants.                                 |                                          |

**SARAH L. CAVE,** United States Magistrate Judge.

Ms. Lenora Bromfield's Application for the Court to Request Pro Bono Counsel (ECF No. 125) is DENIED without prejudice to renewal after filing her amended complaint by February 28, 2020 (see ECF No. 124).

On September 25, 2018, the Honorable Henry B. Pitman, denied without prejudice to renewal Ms. Bromfield's prior application for appointment of pro bono counsel because the merits of her case were lacking. (ECF No. 65). He offered that any "renewed motion should explain why the case has sufficient merit to warrant the appointment of counsel." (Id. at 5).

The Second Circuit has stated that "counsel is often unwarranted where the [pro se litigant's] chances of success are extremely slim, and advised that a district judge should determine whether the pro se litigant's position seems likely to be of substance, or showed some chance of success." Ferrelli v. River Manor Health Care Ctr., 323 F.3d 196, 204 (2d Cir. 2003) (internal citation omitted). In addition, it is important that "[pro se] litigants seeking appointed counsel [] first pass the test of likely merit." (Id.) (internal citation omitted).

Ms. Bromfield's renewed application only asserts that she requires pro bono counsel because she does not understand the terms used by the Court, does not have money to retain an attorney, and was forced to resign against her will. (ECF No. 125 at 1).

The Honorable Andrew L. Carter, Jr. granted Ms. Bromfield leave to amend her complaint by February 28, 2020. (ECF No. 124). Upon filing her amended complaint, Ms. Bromfield may renew her request for pro bono counsel with a showing that meets the standard set forth above. At that time, the Court may be better able to analyze whether her new pleading meets the merit standard necessary to appoint pro bono counsel.

Until then, Ms. Bromfield is reminded that she may seek assistance from the New York Legal Assistance Group. Additional information can be found online at nylag.org; by calling 212-613-500; emailing info@nylag.org; or visiting in person at 7 Hanover Square, 18th Floor, New York, New York 10004. In addition, the United States District Court for the Southern District of New York has a Pro Se Intake Unit with information to assist individuals who are representing themselves in the Southern District without the assistance of an attorney. Additional information can be found online at nysd.uscourts.gov/prose; by calling at 212-805-0175; or visiting in person at 500 Pearl Street, Room 200, New York, New York 10007.

The Clerk of Court is respectfully directed to close ECF No. 125 and mail a copy of this Order to Plaintiff at the address below.

Dated: New York, New York
February 13, 2020

SO ORDERED

*Sarah L. Cave* (signature)

SARAH L. CAVE
**United States Magistrate Judge**

Mail To: Lenora Bromfield
66 Washington Terrace
Bridgeport, CT 06604