UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                          Plaintiff,

      against

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

                          Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court construes Plaintiff Lenora Bromfield's "Motion to Deem Request Admitted for Devious Response" (ECF Nos. 133–35) to be a Letter-Motion for a Local Civil Rule 37.2 discovery conference.  Accordingly, Defendants are directed to respond by **Tuesday, April 28, 2020** and, given her pro se status, Ms. Bromfield is directed to reply by **Tuesday, May 5, 2020**.  The Court will then schedule a telephone conference to discuss the matters raised in the parties' filings.

A copy of this Order was mailed by Chambers to Plaintiff at the address below.

Dated:      New York, New York
            April 23, 2020

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**

Mailed By Chambers To:      Lenora Bromfield
                            66 Washington Terrace
                            Bridgeport, CT 06604