UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                 Plaintiff,

  against

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

                 Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Defendants' Letter-Motion to stay (ECF No. 158) is DENIED.  A Telephone Conference is scheduled for **Wednesday, August 5, 2020, at 12:00 pm** regarding Plaintiff Lenora Bromfield's discovery disputes.  At the scheduled date and time, the parties are directed to call the Court's conference line at 866-390-1828, access code 3809799.  All counsel who intend to speak during the call must use a landline or phone with equivalent quality.  On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

    The Clerk of Court is respectfully directed to close ECF No. 158 and mail a copy of this order to Ms. Bromfield at the address below.

Dated:    New York, New York
            July 27, 2020

                                                SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:     Lenora Bromfield
             66 Washington Terrace
             Bridgeport, CT 06604