UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENORA BROMFIELD,<br><br>      Plaintiff,<br><br> against<br><br>BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a Telephone Conference on August 5, 2020 regarding Plaintiff Lenora Bromfield's discovery disputes.  Ms. Bromfield did not appear, instead filing a letter stating that she needs more time to prepare for the conference.  (ECF No. 161).  Accordingly, the Court holds all of Ms. Bromfield's discovery disputes in abeyance pending the settlement conference scheduled in a tandem order issued today.

Ms. Bromfield is reminded that due to a scarcity of volunteer attorneys, particularly given the COVID-19 pandemic, a lengthy period may pass before counsel volunteers to represent her.  There is no guarantee that a volunteer attorney will decide to take the case, so Ms. Bromfield must proceed with the case in the interim.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bromfield at the address below.

Dated:   New York, New York
      August 6, 2020

                     SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Lenora Bromfield
            66 Washington Terrace
            Bridgeport, CT 06604

2