UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

            Plaintiff,

against

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

            Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

In light of the Court's decision to hold Plaintiff Lenora Bromfield's discovery disputes in abeyance pending the parties' settlement conference (ECF No. 163), the Clerk of Court is respectfully directed to close Ms. Bromfield's Motion to Deem Facts Admitted (ECF No. 148).

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bromfield at the address below.

Dated:    New York, New York
            August 19, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:    Lenora Bromfield
           66 Washington Terrace
           Bridgeport, CT 06604