UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENORA BROMFIELD,<br><br>                    Plaintiff,<br><br>  against<br><br>BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,<br><br>                    Defendants. | CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request via email that the Settlement Conference be held remotely is GRANTED.  The Settlement Conference scheduled for **Thursday, October 1, 2020, at 10:00 am** will be held via telephone.  At the scheduled date and time, the parties are directed to call the Court's conference line at 866-390-1828, access code 3809799.  All parties who intend to speak during the call must use a landline or phone with equivalent quality and be available for the duration of the conference.  On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

The Clerk of Court is respectfully directed to calendar the conference as a Settlement Conference even though it will take place by phone and to mail a copy of this order to Ms. Bromfield at the address below.

Dated: New York, New York
September 28, 2020

                                                          SO ORDERED

                                                      _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**

Mail To: Lenora Bromfield
66 Washington Terrace
Bridgeport, CT 06604

2