UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LENORA BROMFIELD,

                Plaintiff,

vs.

BRONX-LEBANON SPECIAL CARE CENTERS, INC.; MS. MARIA COLLURA, SECRETARY OF HUMAN RESOURCES; MS. OLIVE BROWN, DIRECTOR OF NURSING; MS. YVONNE WEATHERBURN, ASSISTANT DIRECTOR OF NURSING, and GRACE BAPTISTE, CERTIFIED NURSING ASSISTANT,

                Defendants.

------------------------------------x

**ORDER**

Docket No. 1:16-CV-10047-ALC

THIS MATTER having come before the Court on the application of Defendants, and the Court having considered the application and for good cause having been shown,

IT IS, on this  29  day of September, 2020,

ORDERED as follows:

    That Samantha N. Tomey has withdrawn as Counsel for the Defendants.

_____
Sarah L. Cave
United States Magistrate Judge

5803730v.1