UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                Plaintiff,

  against

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on August 5, 2020 regarding Ms. Bromfield's various discovery disputes. (See ECF No. 163). Ms. Bromfield did not appear, and the Court issued an Order "hold[ing] all of Ms. Bromfield's discovery disputes in abeyance pending the [October 1, 2020] settlement conference. . ." (ECF No. 163). On August 19, 2020, the Court directed the Clerk of Court to close Ms. Bromfield's Motion to Deem Facts Admitted (ECF No. 148) in light of the prior Order. (ECF No. 165). Prior to the settlement conference, Ms. Bromfield raised additional discovery issues by Letter-Motion (ECF No. 169) and the Court again held this Letter-Motion in abeyance pending the settlement conference. (ECF No. 171).

The parties were unable to reach a settlement during the October 1, 2020 settlement conference. (Minute Entry, Oct. 1, 2020). Accordingly, by **Thursday, October 22, 2020**, Defendants are directed to file a consolidated response to Plaintiff's filings listed below. Plaintiff may file a consolidated reply by **Thursday, November 5, 2020.** On receipt and review of the parties' filings, the Court will determine whether it is appropriate to schedule a telephone conference.

Defendants' consolidated response should address Plaintiff's:

1) Motion to Deem Facts Admitted (See ECF Nos. 148–50).

2) Letter-Motion for a Discovery Conference (See ECF Nos. 154, 156).

3) Motion to Compel (See ECF Nos. 169–70).

4) Letter (ECF No. 183) which, in light of Plaintiff's pro se status, the Court construes as a Letter-Motion for a Discovery Conference under Local Civil Rule 37.2.

In addition to raising the above discovery issues, Plaintiff has submitted numerous filings (accompanied by several hundred pages of exhibits) in support, and seeking judicial notice, of her pleadings. (ECF Nos. 172–75). Plaintiff's requests are DENIED without prejudice and will be revisited in connection with dispositive motions and/or trial.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bromfield at the address below.

Dated:  New York, New York
        October 8, 2020

                                                        SO ORDERED

                                                        *[signature]*
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**

Mail To:     Lenora Bromfield
             66 Washington Terrace
             Bridgeport, CT 06604