UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                             Plaintiff,

  against

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

                             Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has reviewed Plaintiff Lenora Bromfield's most-recent filings, in which Ms. Bromfield revisits her prior requests for Pro Bono Counsel (ECF No. 186) and for production of Ian Andrew's March 20, 2016 Incident Report ("Incident Report") (ECF No. 185).[1]  For the reasons that follow, Plaintiff's requests are DENIED.

    a)  **Pro Bono Counsel**

On August 6, 2020 the Court issued an amended Opinion and Order directing the Clerk of Court to seek pro bono counsel to assist Plaintiff with settlement negotiations only.  ECF No. 162. The Order specified that "Pro bono counsel will not be obligated to assist with any aspect of Bromfield's representation beyond the matters described in this Order.  In particular, pro bono counsel will not be required to respond to a dispositive motion or a discovery motion." Id. at 11. The Court informed Plaintiff in another August 6, 2020 Order that "due to a scarcity of volunteer attorneys, particularly given the COVID-19 pandemic, a lengthy period may pass before counsel volunteers to represent her. There is no guarantee that a volunteer attorney will decide to take the case, so Ms. Bromfield must proceed with the case in the interim."  ECF No. 163.  The Court

---

[1] In this filing Plaintiff requests a Court-ordered subpoena for the Incident Report.

has received Ms. Bromfield's Motion for Reconsideration of the Amended Opinion and Order Concerning Pro Bono Counsel (ECF No. 166), which seeks similar relief, and will rule on that motion in due course. Accordingly, this request is DENIED as duplicative of ECF No. 166.

**b) The Incident Report**

The Incident Report is already the subject of at least one of Plaintiff's pending Discovery Motions (ECF No. 169, "Plaintiff's Motion to Compel") and the Court reminds Plaintiff that the Court has set a schedule for the parties to address the outstanding discovery disputes. ECF No. 184. Under the schedule, Defendants have been directed to respond to Plaintiff's Motion to Compel, and Plaintiff is permitted to submit a reply. Id. On receipt and review of the parties' filings, the Court will determine whether it is appropriate to schedule a telephone conference to further discuss the discovery disputes, including concerning the Incident Report. Id. Accordingly, ECF No. 185 is denied as moot.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bromfield at the address below, and to close ECF No. 186.

Dated:   New York, New York
         October 16, 2020

SO ORDERED

*Sarah Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:      Lenora Bromfield
              66 Washington Terrace
              Bridgeport, CT 06604