UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENORA BROMFIELD, | |
| Plaintiff, | CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC) |
| -v- | **ORDER** |
| BRONX LEBANON SPECIAL CARE CENTER, INC., et al., | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Court staff have investigated the purported "obstruction of justice" raised by Plaintiff pro se Lenora Bromfield surrounding the processing of her Notice of Appeal in this action.  (See ECF No. 206).

As stated in an ECF minute entry dated January 25, 2021, "The [Notice of Appeal] was rejected by the Second Circuit . . . [because] 'This is an interlocutory appeal of a Magistrate order . . . This deals with discovery and is not appealable in [the Second Circuit].'" (ECF Minute Entry 1/25/21).

Accordingly, Plaintiff's letter-motion filed at ECF No. 206 is DENIED.

The Clerk of Court is respectfully directed to mail this Order to Plaintiff pro se Lenora Bromfield at the address below.

Dated:      New York, New York
            June 16, 2021

SARAH L. CAVE
United States Magistrate Judge

1

2

Mail To:       Lenora Bromfield
               66 Washington Terrace
               Bridgeport, CT 06604