UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                Plaintiff,

  -v-

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has reviewed Plaintiff pro se Lenora Bromfield's Affirmation filed at ECF No. 216, which, in arguing what the discovery establishes, appears to be a precursor to a Motion for Summary Judgment.

The parties are directed to file a joint status report, no longer than three pages in length total, concerning: (i) the status of fact discovery, (ii) whether they intend to file dispositive motions to the Honorable Andrew L. Carter, and (iii) any additional matters that are necessary to advance this litigation.

The Clerk of Court is respectfully directed to mail this Order to Plaintiff pro se Lenora Bromfield at the address below.

Dated:     New York, New York
             October 14, 2021

                                                                  SARAH L. CAVE
                                                                 United States Magistrate Judge

Mail To:    Lenora Bromfield
            66 Washington Terrace
            Bridgeport, CT 06604