USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_\_Dec. 1, 2021\_\_\_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lenora Bromfield, | |
| Plaintiff, | |
| against | 16-CV-10047-ALC-SLC |
| Bronx Lebanon Special Care Center, Inc., et al., | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully requested to mail a copy of the instant order, as well as my November 30, 2021 Order (ECF No. 234), to *pro se* Plaintiff Lenora Bromfield.

**SO ORDERED.**

**Dated**: December 1, 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**