UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

          Plaintiff,

-v-

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

          Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants have stated that the reopened deposition of Plaintiff pro se Lenora Bromfield (the "Deposition") was noticed for November 30, 2021. (ECF No. 226). Defendants shall provide a status report, no more than three pages total, and **without argument**, concerning the status of the Deposition by **Friday, December 3, 2021**

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bromfield at the address below.

Dated:    New York, New York
            December 1, 2021

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Lenora Bromfield
             66 Washington Terrace
             Bridgeport, CT 06604