UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                Plaintiff,

-v-

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a discovery status conference today, February 28, 2022 (the "Conference") concerning the parties' letter-applications pertaining to the remainder of discovery. (See ECF Nos. 248, 250, 252, 254, 256–57).

Pursuant to the Court's rulings at the Conference, the Court Orders as follows:

1) The Court GRANTS Defendants' letter-motion seeking production of supplemental damages documents, (ECF No. 248), and directs Ms. Bromfield to serve on Defendants, by **Monday, March 14, 2022**: (i) pay stubs for all jobs she has had since January 2018; and (ii) tax returns for the years ended December 31, 2018, 2019, and 2020.

2) The Court DENIES Ms. Bromfield's application to take additional depositions (see ECF No. 252). First, on March 28, 2018, Ms. Bromfield waived her right to take depositions and was granted leave to serve up to 100 interrogatories. (ECF Nos. 41, 43). Second, fact discovery in this case — that is more than five years-old — closed on July 24, 2018, and was reopened only for the limited purpose of reopening Ms. Bromfield's deposition concerning her new race discrimination claims. (See ECF Nos. 32, 221).

3) By **Monday, March 14, 2022**, Ms. Bromfield shall mail to Defendants the completed errata form accompanying the transcript of her deposition.  The Court reminds Ms. Bromfield that her task in reviewing her deposition transcript is simply to review the transcript for stenographic errors (for example, typos), and not to revise or comment on her deposition testimony.

4) No later than **Monday, March 21, 2022**, Defendants shall file a letter confirming their receipt of Ms. Bromfield's pay stubs, tax returns, and errata form in accordance with this Order.

The Clerk of Court is respectfully directed to mail a copy of this Order, as well as ECF Nos. 41 and 43 to Ms. Bromfield at the address below.

Dated:     New York, New York
            February 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Lenora Bromfield
             66 Washington Terrace
             Bridgeport, CT 06604