UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                    Plaintiff,

  -v-

BRONX LEBANON SPECIAL CARE
CENTER, INC., et al.,

                    Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 14, 2022, the Court issued an Order denying Plaintiff Lenora Bromfield's motion (ECF No. 263 (the "Second Motion for Reconsideration")) seeking reconsideration of the Court's February 28, 2022 Order (ECF No. 258 (the "Feb. 28, 2022 Order")) and vacatur of the January 24, 2018 and April 3, 2018 Orders (ECF Nos. 32; 43).  (ECF No. 265 (the "Mar. 14, 2022 Order")). The Second Motion for Reconsideration followed the Court's March 7, 2022 Order (ECF No. 262 (the "Mar. 7, 2022 Order")), which denied her prior letter-motion seeking reconsideration of the Feb. 28, 2022 Order.  (ECF No. 260 (the "First Motion for Reconsideration")).

On March 16, 2022, Ms. Bromfield filed another Motion for Reconsideration (ECF Nos. 266–68 (the "Third Motion for Reconsideration")).  The Third Motion for Reconsideration is substantially identical to the Second Motion for Reconsideration, and is therefore DENIED for the reasons set forth in the Mar. 14, 2022 Order.

The Clerk of Court is respectfully directed to close ECF No. 266 and to mail a copy of this Order, and the March 14, 2022 Order (ECF No. 265) to Ms. Bromfield at the address below.

Dated: New York, New York
March 17, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To: Lenora Bromfield
66 Washington Terrace
Bridgeport, CT 06604

2