UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                Plaintiff,

  -v-

BRONX LEBANON SPECIAL CARE
CENTER, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 28, 2022, the Court directed pro se Plaintiff Lenora Bromfield ("Ms. Bromfield") to serve on Defendants tax returns for years ending in December 2018, 2019, and 2020. (ECF No. 258 (the "Feb. 28 Order")). Ms. Bromfield was directed to serve those documents no later than March 14, 2022. On April 1, 2022, Defendants submitted a letter to the Court stating that Ms. Bromfield had failed to provide tax documents for the year 2020. (ECF No. 271). On April 4, 2022, the Court extended to Ms. Bromfield an extension and directed her to serve on Defendants a copy of her outstanding 2020 tax documents by April 11, 2022. (ECF No. 272 (the "Apr. 11 Order")). On April 18, 2022, Defendants submitted a second letter stating that Ms. Bromfield has yet failed to produce a copy of her 2020 documents. (ECF No. 275 (the "Apr. 18 Letter")). Ms. Bromfield has not submitted any response to the Apr. 11 Order or the Apr. 18 Letter.

Though the Court credits Ms. Bromfield for her prior efforts in producing her other tax documents, Ms. Bromfield's failure to comply with the Feb. 28 and Apr. 11 Orders without valid

justification constitutes failure to comply with a Court order and may result in sanctions. <u>See</u>, <u>e.g.</u>, Fed. R. Civ. P. 37(b).

Accordingly, as a final courtesy to Ms. Bromfield, Ms. Bromfield is directed for a third time to serve on Defendants a copy of her outstanding 2020 tax documents by **Monday, May 2, 2022**. By **Monday, May 9, 2022**, Defendants shall notify the Court whether they have received Ms. Bromfield's 2020 tax documents.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bromfield, at the address below. The Clerk of Court is further respectfully directed to close ECF No. 275.

Dated:    New York, New York
          April 26, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:    Lenora Bromfield
            66 Washington Terrace
            Bridgeport, CT 06604