UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENORA BROMFIELD,<br><br>　　　　　　　　Plaintiff,<br><br>　against<br><br>BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 293 to file the document at ECF No. 292 under seal is GRANTED, and the document at ECF No. 292 shall be made visible only to the case participants.

The Clerk of Court is respectfully directed to (i) make the ECF No. 292 visible only to the case participants, and (ii) mail a copy of this Order to Plaintiff at the address below.

Dated:　　New York, New York
　　　　　July 25, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:　　Lenora Bromfield
　　　　　　66 Washington Terrace
　　　　　　Bridgeport, CT 06604