UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                Plaintiff,

-v-

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is the letter-motion of pro se Plaintiff Lenora Bromfield ("Ms. Bromfield") seeking to reopen discovery, related to an alleged age discrimination claim. (ECF No. 315 (the "Motion")). As the Court has previously held, fact discovery in this case — that is more than five years-old — closed on July 24, 2018, and was reopened only for the limited purpose of reopening Ms. Bromfield's deposition concerning her new race discrimination claims. (See ECF Nos. 32; 221; 258). Further, Ms. Bromfield has not shown good cause to reopen discovery, given her admission that her age discrimination claims are based on seniority, not age (ECF No. 114-3 at 220–22), and she had ample opportunity to pursue discovery on her age discrimination claims before the deadline. Accordingly, the Motion is DENIED.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bromfield at the address below.

Dated:     New York, New York
            November 10, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Lenora Bromfield
            66 Washington Terrace
            Bridgeport, CT 06604