UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENORA BROMFIELD,

                Plaintiff,

-v-

BRONX LEBANON SPECIAL CARE CENTER, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 16 Civ. 10047 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pending before the Court is the motion of Plaintiff Lenora Bromfield ("Ms. Bromfield") for leave to file a second amended complaint. (ECF Nos. 297; 298 (the "Motion")). In their opposition to the Motion, Defendants state that Ms. Bromfield "filed a charge before the Equal Employment Opportunity Commission (the 'EEOC') on April 14, 2016, alleging that her employment was unlawfully terminated on the basis of her age and in retaliation for asking her supervisor a question." (ECF No. 303 at 2 (the "Opposition")). Defendants do not, however, provide a citation in the record to support this statement. Accordingly, by **Wednesday, November 30, 2022**, Defendants shall file a letter supplementing their Opposition in which they provide the Court with the record citation that corroborates their representation as to the contents of Ms. Bromfield's EEOC charge.

Dated:    New York, New York
            November 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Lenora Bromfield
              66 Washington Terrace
              Bridgeport, CT 06604