**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Apr. 7, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LENORA BROMFIELD,

                Plaintiff,

   -against-

BRONX LEBANON SPECIAL CARE CENTER,
INC.; MARIA COLLURA, DIRECTOR OF
HUMAN RESOURCES; OLIVE BROWN, CHIEF
NURSING OFFICER; YVONNE WEDDERBURN,
ASSISTANT DIRECTOR OF NURSING; GRACE
BAPTISTE, CERTIFIED NURSING ASSISTANT,

                Defendants.
------------------------------------- x

**AMENDED SCHEDULING ORDER**

Docket No. 16 Civ. 10047

**ANDREW L. CARTER, JR., United States District Judge:**

Upon the letter application of Defendants, dated April 7, 2023, to adjourn the briefing schedule for Defendants' anticipated motion for summary judgment dismissal of the Amended Complaint, the parties are hereby ORDERED to adhere to the following deadlines:

- Defendants' Initial Motion for Summary Judgment:    May 31, 2023
- Plaintiff's Opposition to Summary Judgment:    June 30, 2023
- Defendants' Reply (if any):    July 17, 2023

**SO ORDERED.**

Dated: New York, New York
      April 7, 2023

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**