UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                           :

LENORA BROMFIELD,                        :

                                          :

                      *Plaintiff,*     :      1:16-cv-10047 (ALC) (SLC)

                                          :

        -against-                 :      **ORDER**

                                          :

                                          :

BRONX LEBANON SPECIAL CARE CENTER,     :
INC., et al,                           :

                                          :

                    *Defendants*.    :

                                          :

-------------------------------------------------------------------- :
                                           x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Plaintiff's letter dated November 8, 2023, ECF No. 360,

requesting authorization to file a sur-reply to Defendants' reply, ECF No. 355. Defendants are

directed to submit a response to the letter, if any, by **November 13, 2023**.

**SO ORDERED.**

**Dated:**      **November 9, 2023**
              **New York, New York**     _____

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**