UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
LENORA BROMFIELD,                                                  :
                                                                   :
                                      *Plaintiff,*                 :        1:16-cv-10047 (ALC) (SLC)
                                                                   :
             -against-                                             :        **ORDER**
                                                                   :
                                                                   :
BRONX LEBANON SPECIAL CARE CENTER,                                 :
INC., et al,                                                       :
                                                                   :
                                      *Defendants.*                :
                                                                   :
------------------------------------------------------------------ :
                                                                   x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defendants' letter dated November 9, 2023, ECF No. 362,

opposing Plaintiff's request, ECF No. 360, for authorization to file a sur-reply to Defendants'

reply. Plaintiff's request to file a sur-reply is hereby **DENIED**. Plaintiff's 42 U.S.C. § 1981

claims were dismissed. ECF Nos. 327, 333. Plaintiff has provided no other basis for seeking to

file a sur-reply.


**SO ORDERED.**

**Dated:**      **November 13, 2023**
            **New York, New York**          _____
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**

1