UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

LENORA BROMFIELD,

                     *Plaintiff*,         1:16-cv-10047 (ALC) (SLC)

     -against-                        **ORDER**

BRONX LEBANON SPECIAL CARE CENTER,
INC., et al,

                    *Defendants*.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on February 27, 2024 at 4:00PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    February 16, 2024**
              **New York, New York**          **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**