UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
LENORA BROMFIELD,                                                  :
:
                             *Plaintiff,*       :      1:16-cv-10047 (ALC) (SLC)
:
          -against-                     :      **ORDER**
:
:
BRONX LEBANON SPECIAL CARE CENTER,                                 :
INC., et al,                                                        :
:
                          *Defendants*.     :
:
--------------------------------------------------------------- :
                                                          x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defendant Bronx Lebanon Special Care Center, Inc.'s letter, ECF No. 366. Plaintiff is directed to file a written response, if any, by March 6, 2024.

**SO ORDERED.**

**Dated:  February 28, 2024**
          **New York, New York**                    **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**