UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

LENORA BROMFIELD,

                      *Plaintiff*,          1:16-cv-10047 (ALC) (SLC)

    -against-                  **ORDER**

BRONX LEBANON SPECIAL CARE CENTER,
INC., et al,

                      *Defendants*.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Plaintiff's letter, ECF No. 368. Defendants are directed to serve a copy of this Order and ECF Nos. 366-367, and file proof of service by March 7, 2024. Plaintiff is directed to file a written response to Defendants' proposal, if any, by March 11, 2024.

**SO ORDERED.**

**Dated:    March 6, 2024**
            **New York, New York**             **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**