UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
LENORA BROMFIELD,                                                    :
                                                                     :
                              *Plaintiff*,       :   1:16-cv-10047 (ALC) (SLC)
                                                                     :
          -against-                                                 :   **ORDER**
                                                                     :
BRONX LEBANON SPECIAL CARE CENTER,                                   :
INC., et al,                                                         :
                                                                     :
                              *Defendants*.     :
                                                                     :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       Defendants' Motion for Summary Judgment, ECF No. 341 is hereby **DENIED** without prejudice. Defendants must comply with Local Rule 56.2. Accordingly, Defendants are directed to comply with Rule 56.2 and resubmit their Motion for Summary Judgment with the "Notice to Pro Se Litigants Opposing Summary Judgment" by March 19, 2024. While Plaintiff has already responded to Defendants' Motion for Summary Judgment, Plaintiff may submit a supplemental response to Defendants' resubmitted Motion for Summary Judgment, if any, by April 16, 2024.

**SO ORDERED.**

**Dated:   March 12, 2024**
             **New York, New York**                  **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**