# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
LENORA TILLET BROOMFIELD,

                 Plaintiff,                 16 **CIVIL** 10047 (ALC)(SLC)

    -against-                            **JUDGMENT**

BRONX LEBANON SPECIAL CARE CENTER, INC.;
MARIA COLLURA, DIRECTOR OF HUMAN
RESOURCES; OLIVE BROWN, CHIEF NURSING
OFFICER; YVONNE WEDDERBURN, ASSISTANT
DIRECTOR OF NURSING; GRACE BAPTISTE,
CERTIFIED NURSING ASSISTANT.

                 Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 25, 2025, Defendants' motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 26, 2025

                                                            **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                            **BY:** _____
                                                         **Deputy Clerk**